**Order entered October 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01099-CV

**THERESA BARNETT, Appellant**

**V.**

**DAVID S. CROCKETT, ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00136-F**

## ORDER

The Court has before it appellant's October 15, 2013 "objections and notice of errors" and "second motion for extension of time to file." The Court dismissed this case on October 1, 2013. We treat these filings as a motion for rehearing and **DENY** the motion.

/s/     MICHAEL J. O'NEILL
          JUSTICE